## UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
|    MATTHEW DEAN THOMPSON and ) | |
|    DEBORAH KAY SCHOONOVER, ) | Case No. 23-90035 |
| ) | |
|    Debtors. ) | Chapter 13 |

### MOTION TO DISMISS FOR
### FAILURE TO MAKE PLAN PAYMENTS

NOW COMES Marsha L. Combs-Skinner, Chapter 13 Standing Trustee for the Trustee's Motion to Dismiss for Failure to Make Plan Payments states to the Court as follows:

1. Marsha L. Combs-Skinner is the duly appointed Trustee for the above captioned case.

2. This Plan is not confirmed. Proposed Plan payments were to be in the amount of $2,650.00.

3. As of the date of the filing of this Motion, the Debtors have failed to make several payments, as required under the Plan and now owe $6,850.00.

WHEREFORE, Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, prays that the Court Grant the Trustee's Motion to Dismiss Chapter 13 for Failure to Make Plan Payments.

Respectfully Submitted,

/s/Marsha L. Combs-Skinner
Marsha L. Combs-Skinner,
Chapter 13 Standing Trustee in Bankruptcy
108 S. Broadway
P.O. Box 349
Newman, IL 61942
Telephone: 217-837-9730
E-Mail: Marsha@ch13cdil.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was served upon, Jeffrey Abbott, Attorney for the Debtors, and the United States Trustee, by electronic notification through ECF on June 29, 2023, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

Matthew Dean Thompson
Deborah Kay Schoonover
608 N. Central St.
Tolono, IL 61880

                                            By: /s/ Marsha L. Combs-Skinner
                                                 Marsha L. Combs-Skinner
                                                 Chapter 13 Standing Trustee