Form 13hrgobj

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

---

*In Re:* Matthew Dean Thompson and Deborah Kay Schoonover
*Debtor*

*Case No.:* 23–90035

*Chapter:* 13

---

### HEARING AND OBJECTION DATE NOTICE RE: MOTION TO DISMISS CHAPTER 13

**Notice is hereby provided:**

On **6/29/2023**, the Chapter 13 Trustee filed a motion to dismiss this case for the following reason:

- ☑ Failure on the part of the debtor(s) to make the required monthly payments.
- ☐ the plan is no longer viable.
- ☐ Other:

**If you do not want the Court to dismiss your case,** you or your attorney must file a written objection on or before **7/22/23.** Failure to file a written response by this date will result in dismissal without further notice or hearing.

**If an objection or response is filed, it will be heard on 8/23/23 at 10:15 AM in U.S. Courthouse, Courtroom C, 1st Floor, 201 S. Vine Street, Urbana, IL 61802. This will be your only notification of the hearing.** This hearing will remain on the calendar until such time as the case is dismissed or the trustee withdraws the motion.

Dated: 6/29/23

    /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.